AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**FILED**
JUN - 1 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Symphoni Vernice Wiggins
_Petitioner_

v.

Case No. 1:23-cv-00419
(Supplied by Clerk of Court)

Assistant Warden Brammer
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Symphoni Vernice Wiggins
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: FPC Alderson
   (b) Address: P.O. Box A, Glen Ray Road, Alderson, WV 24910
   (c) Your identification number:
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: Eastern District of Virginia
      (b) Docket number of criminal case: 4:19 CR 00047-40
      (c) Date of sentencing: August 5, 2020
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: **FPC Alderson   P.O. Box A, Glen Ray Road, Alderson, WV 24910**
   (b) Docket number, case number, or opinion number: **Case # 1141142-A2 (A2)**
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): **Disqualification of First Step Act (FSA) Credits**
   (d) Date of the decision or action: **April 27, 2023**

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes    ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: **FPC Alderson - Warden**
      (2) Date of filing: **November 4, 2022**
      (3) Docket number, case number, or opinion number: **Case # 1141142-F1**
      (4) Result: **Denied**
      (5) Date of result: **December 12, 2022**
      (6) Issues raised: **I should be eligible to receive FSA Credits due to there not being a leadership role, organizer or supervisor enhancement with my charge.**

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes    ☐ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: ~~FPC Alders~~ Regional Director Mid-Atlantic Region
   (2) Date of filing: December 28, 2022
   (3) Docket number, case number, or opinion number: Case# 1141142-R1
   (4) Result: Denied
   (5) Date of result: March 2, 2023
   (6) Issues raised: Requested a re-review of Federal Time Credits eligibility status.

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☑ Yes     ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: National Inmate Appeals ~~Central Office~~
      (2) Date of filing: ~~3~~ March 21, 2023
      (3) Docket number, case number, or opinion number: Case# 1141142-A2
      (4) Result: Denied
      (5) Date of result: April 27, 2023
      (6) Issues raised: Requested a re-review of Federal Time Credits eligibility status.

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes     ☑ No
    If "Yes," answer the following:
    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes     ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: n/a

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

        If "Yes," provide:
        (1) Date of filing: _____
        (2) Case number: _____
        (3) Result: _____
        (4) Date of result: _____
        (5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes    ☒ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: Petitioner (1) was a Low upon entering the FPC Alderson facility. I'm now a minimum. I have no detainers or pending charges nor do I have an excluded charge. Previous Sentence Monitoring Computation Data Sheets reflected an ineligible status.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Persuant to 18 U.S.C. 3632 a person is ineligible only if the offender was an organizer, leader, manager or supervisor of others in the offense. I do not have this enhancement. Also my latest Sentence Monitoring Computation Data Sheet dated February 15, 2023 reflects my FSA eligibility as being Eligible.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☐ No

GROUND TWO: n/a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
n/a

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

GROUND THREE: n/a

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
n/a

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: _n/a_

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
n/a

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes      ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: n/a

### Request for Relief

15. State exactly what you want the court to do: I would like this court to grant my motion for proper eligibility FSA earning status persuant to the current FSA law. I would like this court to apply my 365 days of earned credit toward my early release as well as additional earned time credits toward home confinement as consistent with the law.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
_May 29th, 2023_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _May 29th, 2023_

_Symphoni Wiggins_
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any